UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO. 8:08-cr- 0306-T-30TBM

CHARLES "CHUCK" RUGGIERO                18 U.S.C. § 2252(a)(1)
                                                                      18 U.S.C. § 2252(a)(2)
                                                                      18 U.S.C. § 2253 - Forfeiture

FILED JUL 22 PM 12: 42

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 1, 2006, in the Middle District of Florida,

CHARLES "CHUCK" RUGGIERO

defendant herein, did knowingly transport and ship in interstate commerce by means of a computer with internet access, more than one visual depiction of a minor engaging in sexually explicit conduct and the production of each visual depiction involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

### COUNT TWO

On or about December 11, 2006, in the Middle District of Florida,

CHARLES "CHUCK" RUGGIERO

defendant herein, did knowingly transport and ship in interstate commerce by means of a computer with internet access, more than one visual depiction of a minor engaging in sexually explicit conduct and the production of each visual depiction involved the use of a minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

## COUNT THREE

On or about January 8, 2007, in the Middle District of Florida,

CHARLES "CHUCK" RUGGIERO

did knowingly receive and attempt to receive a visual depiction that had been mailed, the production of which involved the use of a minor engaging in sexually explicit conduct and which visual depiction was of such conduct.

In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE

1. The allegations contained in Counts One through Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provision of Title 18, United States Code, Section 2253.

2. The defendant, CHARLES "CHUCK" RUGGIERO, shall forfeit to the United States of America, any visual depiction described in section 2251, 2251A, or 2252 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of offense, including but not limited to the following:

    (a)    one Dell Inspiron 6000 laptop computer, service tag number 18NJP71; and

      (b)    one HP Pavilion a1224n desktop computer, serial number CNH5471FZ1.

3.     If any of the property described above, as a result of any act or omission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provision of Title 18, United States Code, Section 2253(o).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
AMANDA L. RIEDEL
Assistant United States Attorney

By: _____
JAY L. HOFFER
Assistant United States Attorney
Deputy Chief, Special Prosecutions

FORM OBD-34
APR 1991

08 JUL 22 PM 12: 42

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

No. _____

## UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

CHARLES "CHUCK" RUGGIERO

## INDICTMENT

Violations:

18 U.S.C. § 2252(a)(1)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2253 - Forfeiture

A true bill,

_____
Foreperson

Filed in open court this 22nd day

of July, A.D. 2008.

_____
Clerk

Bail $ _____