UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA       Case No. 8:08-cr-306

vs.

CHARLES RUGGIERO

**MOTION TO BIFURCATE THE SENTENCING HEARING DUE TO THE POSSIBLE UNAVAILABILITY OF A MATERIAL WITNESS**

COMES NOW, Charles Ruggiero, by and through the undersigned attorney and hereby moves this Court to bifurcate the sentencing hearing due to the possible unavailability of Bob Whitford. As grounds the defendant states as follows:

1. Mr. Ruggiero retained the services of Bob Whitford, Ed.S., LMHC in order to do a psychosexual and sex offender risk assessment.

2. On or about March 30, 2009, Mr. Whitford made a finding that Mr. Ruggiero is not psychopathic and that he is not a pedophile.

3. On April 18, 2009, the undersigned interviewed Mr. Whitford about his evaluation and diagnosis of Mr. Ruggiero.

4. On that date, Mr. Whitford indicated that he would be available for the April 23rd, 2009 sentencing date provided his witness fee was paid.

1

5.   On April 21, 2009, the undersigned left a message for Mr. Whitford in order to confirm the April 23rd date.

6.   On April 22, 2009, Mr. Whitford called the undersigned's office and indicated that there was some confusion and that he did not think he could make the sentencing hearing and asked that the undersigned contact him.

7.   As of this writing, the undersigned has called and left messages for Mr. Whitford and has not received a return call.

8.   Mr. Robert Whitford has been lending his skills and expertise to mental health counseling since 1973. He earned his Masters Degree in Counseling from Ball State University and Ed.S. in Counseling from the University of South Florida.  He is a clinical member of the Association for Treatment of Sexual Abusers (ATSA) and was a Charter Board member of the Florida ATSA.  He's developed juvenile and adult sex offender programs and provided assessment and treatment for juvenile and adult sex offenders for over 25 years in hospitals, prisons and community clinics.  He is further certified in all aspects of testing, evaluations and reporting via use of the Behavior Technology Inc. Monarch Penile Plethysmograph (PPG). Mr. Whitford also provides specialty treatment for those with PTSD, Anger Reduction & Management, various adjustment disorders and

juvenile/adolescent delinquency (opposition and defiant) issues.  In addition, he has routinely provided professional services, including expert testimony to attorneys and the courts in several judicial circuits.

9. As a result of all of Mr. Whitford's experience, Mr. Ruggiero, who is facing 20 years incarceration, would greatly benefit from having him present during his sentencing hearing.

10. Therefore, rather than having the sentencing hearing continued, Mr. Ruggiero is requesting that this Court bifurcate the hearing allowing the testimony of Mr. Whitford to be presented at a later date.

11. Because of the lateness in the hour, the undersigned is not able to contact the Assistant United States Attorney to get her position on this motion.

Wherefore, based on the foregoing information, Mr. Ruggiero is requesting that the sentencing hearing be bifurcated in order to allow Mr. Ruggiero to present the testimony of Mr. Whitford.

Respectfully submitted,

**/s/Bryant R. Camareno**
**BRYANT R. CAMARENO, ESQUIRE**
**BRYANT R. CAMARENO, P.A.**
**Florida Bar No.:  048283**
**607 W. M.L.K. Boulevard**
**Tampa, Florida  33603**
**Tel:  (813) 234-4759**
**Facsimile (813) 234-2405**
**Email: Bryant@camarenolaw.com**
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically mailed on this 23rd day of April, 2009, to Amanda Reidel, AUSA, United States Attorneys' Office, Tampa, Florida.

>  **/s/Bryant R. Camareno**
> **BRYANT R. CAMARENO, ESQUIRE**
> **BRYANT R. CAMARENO, P.A.**
> **Florida Bar No.: 048283**
> **607 W. M.L.K. Boulevard**
> **Tampa, Florida 33603**
> **Tel: (813) 234-4759**
> **Facsimile (813) 234-2405**
> **Email: Bryant@camarenolaw.com**
> **Attorney for Defendant**