# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:08-cr-00306-T-30TBM  Date: November 2, 2016

U.S.A. vs. CHARLES RUGGIERO

Honorable James S. Moody, Jr.  Interpreter: N/A

Court Reporter: Melissa Pierson  Courtroom Deputy: Ariana Romero

Time: 10:00 A.M. - 10:05 A.M. Total: 5 minutes  Probation Officer: Courtney Cole

Attorney(s) for Government: Lisa Thelwell and Amanda Riedel

Attorney(s) for Defendant: Roger Futerman

**CRIMINAL MINUTES - FINAL REVOCATION HEARING on SUPERVISED RELEASE**

✓ Defendant sworn.

✓ Defendant admits to violation(s) ONE, FOUR, AND FIVE as alleged in the petition(s) for revocation.

✓ Defendant does not admit to violation(s) TWO AND THREE.

✓ Government dismisses violation(s) TWO AND THREE.

☐ Witnesses called to testify: _____.

**Applicable guidelines:**

**B** is the Highest Grade violation, and
**II** is the original Criminal History Category
**6** to **12** months imprisonment, and
**5** years is the Maximum Statutory penalty, and
**Life** years is the Maximum Statutory term of Supervised Release

✓ The Court finds that the Defendant violated the conditions of release.

✓ The Court revokes the Defendant's term of supervised release.

☐ The Court modifies the Defendant's terms and conditions of supervised release as to: _____.

✓ The defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of TWELVE (12) MONTHS AND ONE (1) DAY.

✓ Upon release from imprisonment, the defendant shall serve a TEN (10) YEAR term of supervised release under the same terms and conditions previously imposed.

✓    Defendant is remanded to custody of U.S. Marshal.
___    Defendant to surrender to ( )designated institution  ( )U.S. Marshal
       ( )at_____ ( )on_____ ( )before_____
       ( )as notified by U.S. Marshal  ( )as notified by probation officer.
X    Defendant advised of right to appeal and to counsel on appeal.

Other:   The Court recommends that Defendant be placed at FCI Coleman.