# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

vs.

CHARLES RUGGIERO

Case Number: 8:08-cr-306-T-30TBM

USM Number: 50346-018

Jenny L. Devine, AFPD

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One, Four, and Five of the term of Supervised Release. Accordingly, the court has adjudicated that the defendant is guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Use of a computer or online services in violation of the Special Conditions of Supervision | October 19, 2016 |
| Four | New criminal conduct, Failure of a Sex Offender to Report an Email Address while on supervision in violation of the conditions of supervision | October 19, 2016 |
| Five | New criminal conduct, Failure of a Sex Offender to Report an Email Address while on supervision in violation of the conditions of supervision | October 19, 2016 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violations Two and Three are dismissed.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

November 2, 2016

JAMES S. MOODY, JR.
SENIOR UNITED STATES DISTRICT JUDGE

November 2, 2016

AO 245B (Rev. 4/09) Judgment in a Criminal Case

Charles Ruggiero
8:08-cr-306-T-30TBM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWELVE (12) MONTHS AND ONE (1) DAY.

The defendant is remanded to the custody of the United States Marshal.

The Court recommends that Defendant be placed at FCI Coleman.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal

Charles Ruggiero
8:08-cr-306-T-30TBM

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of TEN (10) YEARS under the same terms and conditions previously imposed.

AO 245B (Rev. 4/09) Judgment in a Criminal Case